441 A.2d 767

Commonwealth v. LaRosa, Appellant.

 Argued October 6, 1981. Thomas E. Coval, for appellant; Ronald T. Williamson, Assistant District Attorney, submitted a brief on behalf of Commonwealth, appellee.

Before WICKERSHAM, McEWEN and POPOVICH, JJ.

Order affirmed.

441 A.2d 768

Commonwealth v. Lomax a/k/a Faulkner, Appellant.

 Submitted February 2, 1981. John J. Poserina, Jr., for appellant; Gaele McLaughlin Barthold, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, POPOVICH and WATKINS, JJ.

Judgment of sentence affirmed.